UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP 15 PM 5: 35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

DOROTHEA P. MARTIN,

    Plaintiff,

v.                                                          Cv. No. 04-2413-Ma

GREYHOUND LINES, INC.,

    Defendant.

## JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order Granting Defendant's Motion for Summary Judgment, docketed September 6, 2005.

**APPROVED:**

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

September 15, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___9-16-05___

33

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:04-CV-02413 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Mary Taylor gGallagher
GULLETT SANFORD ROBINSON & MARTIN
315 Deaderick St.
Ste. 1100
Nashville, TN 37219--888

Christopher W. Cardwell
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St.
Ste. 1100
Nashville, TN 37219--888

Dorothea P. Martin
1750 Rollingwood Dr.
P.O. Box 4263
Tupelo, MS 38803

Honorable Samuel Mays
US DISTRICT COURT